25,282-24

Michael Bohannan   #1841746

9601 Spur 591

Amarillo, Texas   79107-9606

February 3, 2015

Abel Acosta, Clerk

Texas Court of Criminal Appeals

P.O. Box 12308, Capitol Station

Austin, Texas   78711-2308

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 09 2015

Abel Acosta, Clerk

Re: <u>Bohannan v. State</u>,
    Trial Court No. 12-10-10953-CR
    App. No. 09-13-00090-CR

Dear Mr. Acosta:

I am in receipt of your correspondence dated January 26, 2015. You mistakenly "Re:" an old habeas corpus action of mine and not this current criminal case (if that makes any difference as to your response). You inform me that neither you nor the Court can provide me the "legal advice" concerning my case. You instruct me to contact "your attorney" or State Counsel for Offenders. Mr. Acosta, I no longer am represented by counsel in the cause and I have this life sentence because I relied upon the legal misrepresentation, i.e. advice, of State Counsel; so you can be assured I will not make that mistake again.

I thought that, perhaps, someone there might be able to atleast explain the Court's rules and processes to me, so that I am able to access the Court when, and if, the time for that comes. Since you indicate that is not possible, I will address my concerns in a formal motion if it becomes necessary for me to request the Court's intervention into the cause.

Thank you for your time and I apologize for the hassle.

Respectfully,

cc: file